MICHAEL S. HUDSON, msh@kullmanlaw.com
Attorney for Defendant *Admitted Pro Hac Vice*
The Kullman Firm, P.L.C.
200 6th Street North, Suite 704
Columbus, Mississippi   39701
Telephone: (662) 244-8824
Facsimile: (662) 244-8837

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALVARO REHBEIN<br><br>            Plaintiff<br><br>versus<br><br>SCHLUMBERGER TECHNOLOGY CORPORATION<br><br>            Defendant | DEFENDANT'S RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS<br><br>Case No. 2:09-cv-998<br><br>Honorable David Nuffer |

## **DEFENDANTS' RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS**

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Court's January 22, 2010, Scheduling Order [Docket No. 21], the Defendant Schlumberger Technology Corporation ("Schlumberger") hereby discloses the following expert witness:

> Dr. David McCann, M.D.
> 4190 Highland Drive, Suite 102
> Salt Lake City, UT 84124
> (801) 272-9205

Schlumberger hereby designates Dr. McCann as an expert in the field of psychiatry. In connection with the Plaintiff's claims seeking damages for emotional distress, Dr. McCann may testify as to the existence, extent, and causation of any emotional distress allegedly suffered by the

Plaintiff in connection with his Schlumberger employment.

              Respectfully submitted,

              **/s/ Michael S. Hudson**
              **Benjamin H. Banta (admitted *pro hac vice*)**
              **THE KULLMAN FIRM, P.L.C.**
              1100 Poydras Street, Suite 1600
              New Orleans, LA 70163
              Telephone: (504) 524-4162
              Facsimile: (504) 596-4189
              E-Mail: bhb@kullmanlaw.com

              **Michael S. Hudson (admitted *pro hac vice*)**
              **THE KULLMAN FIRM, P.L.C.**
              200 6th Street North, Suite 704
              Columbus, Mississippi 39701
              Telephone: (662) 244-8824
              Facsimile: (662) 244-8837
              E-Mail: msh@kullmanlaw.com

              **David Williams (Utah Bar No. 7346)**
              **Local Counsel**
              **SNELL & WILMER, L.L.P.**
              15 West South Temple
              Suite 1200 - Gateway Tower West
              Salt Lake City, Utah 84101
              Telephone: (801) 257-1914
              Facsimile: (801) 257-1800

              **COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

  I certify that on June 14, 2010, I filed the foregoing via the Court's CM/ECF system, which will send notification to:

    Mr. Sonny J. Olsen
    E-Mail: solsen@hmho-law.com

    Ms. Sheila Jensen
    E-Mail: sjensen@ahm-law.com

        **/s/ Michael S. Hudson**
        **Michael S. Hudson**